**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| VIRGIN ORBIT, LLC, | ) | Bankruptcy Case No. 23-10408-KBO |
| | ) | Bankr. BAP No. 24-0014 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| TAMAS HAMPEL, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 24-328-MN |
| | ) | |
| VIRGIN ORBIT HOLDINGS, INC., | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

## <u>ORDER</u>

At Wilmington, Delaware, this **15th day of April 2024**,

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals

from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023,

the Court conducted an initial review of this matter, including having gathered information from

the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the parties do not agree as to whether mediation would be helpful, and in

light of appellee's correspondence, the Court does not believe that mediation would be helpful at

this stage;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that

1

mediation is not appropriate in this matter and recommends that the assigned District Judge issue

an order withdrawing the matter from mediation and setting the following appellate briefing

schedule (agreed to by the parties in the event the Court chooses to withdraw the appeal from

mediation):

| | |
|---|---|
| Appellant's Brief: | Within thirty (30) days of the entry of any Order Granting Motion for Leave to Appeal, Appellant shall file an Opening Brief. |
| Appellee's Answering Brief: | Within thirty (30) days of the filing of Appellant's Opening Brief, Appellee shall file an Answering Brief. |
| Appellant's Reply Brief: | Within fifteen (15) days of the filing of Appellee's Answering Brief, Appellant may file a Reply Brief. |

_____
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE