IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) <br> ) <br> VIRGIN ORBIT, LLC, ) <br> ) <br> Debtor. ) | Chapter 11 <br> Case No. 23-10408 (KBO) |
| DR. TAMAS HAMPEL, ) <br> ) <br> Appellant, ) <br> ) <br> v. ) <br> ) <br> VIRGIN ORBIT HOLDINGS, INC., ) <br> ) <br> Appellee. ) | C.A. No. 24-328 (MN) |

**ORDER**

At Wilmington, this 19th day of April 2024;

WHEREAS, on April 15, 2024, Magistrate Judge Christopher J. Burke issued an Order (D.I. 5) recommending that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court; and

WHEREAS, the Court finds no clear error on the face of the record and does not find the recommendations contained in the order to be clearly erroneous or contrary to law.

THEREFORE, IT IS HEREBY ORDERED that the recommendations set forth in the order are ADOPTED and this matter is withdrawn from the mandatory referral for mediation.

IT IS FURTHER ORDERED that, pursuant to the parties' agreement (D.I. 5 at 2), the following briefing schedule shall govern this appeal:

2

| | |
|---|---|
| Appellant's Opening Brief – | No later than May 20, 2024 |
| Appellee's Answering Brief – | Within thirty (30) days after the filing of Appellant's Opening Brief |
| Appellant's Reply Brief – | Within fifteen (15) days after the filing of Appellee's Answering Brief |

                                                                */s/ Maryellen Noreika*
                                                            The Honorable Maryellen Noreika
                                                            United States District Judge